**Order entered September 9, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00440-CV

**OBSIDIAN SOLUTIONS, LLC F/N/A ARCO IDEAS, LLC, Appellant**

**V.**

**KBIDC INVESTMENTS LLC, Appellee**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-10092**

## ORDER

Before the Court is appellee's September 4, 2019 motion for an extension of time to file

its brief on the merits.  We **GRANT** the motion and extend the time to **October 16, 2019**.


/s/     KEN MOLBERG
JUSTICE